## VERIFICATION OF KANYE WEST

STATE OF __GEORGIA__ ,

COUNTY OF __FAYETTE__ TO-WIT:

I, Kanye West, being duly sworn, deposes and says that I have read the foregoing "Verified Complaint for Declaratory and Injunctive Relief" and believe the factual information contained therein to be true and accurate to the best of my information, knowledge and belief.

_____
Kanye West

Taken subscribed and sworn to before me this __20__ day of August, 2020.

My commission expires __08/16/2022__ .

_____
Notary Public