IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

KANYE WEST,

        Plaintiff,

v.                                       CIVIL ACTION NO.   2:20-cv-00570

MAC WARNER, *in his official capacity as Secretary of State of West Virginia*,

        Defendant.

**ORDER**

The Court has reviewed the Defendant's *Motion to Consolidate Cases* (Document 12). In order to ensure expedited resolution, the Court **ORDERS** that the Plaintiff file any response no later than **Tuesday, September 8, 2020**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

ENTER:     September 3, 2020

*/s/ Irene C. Berger*
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA